**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:09cr00038-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DARNELL L. JACKSON,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter was heard on November 7, 2012, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release.. The defendant was present and represented by Attorney Charles Fleming.

    The violation petition was referred to Magistrate Judge Nancy A. Vecchiarelli to conduct the appropriate proceedings and for the issuance of a Report and Recommendation which was filed on October 31, 2012 [Doc. 50].  At the request of defendant counsel the final hearing was held prior to the expiration of the objection period  The defendant knowingly and voluntarily waived his right to object to the Report and Recommendation.  The Court adopted the Report and Recommendation and found that the following terms of supervision had been violated:

        1) new law violation on or about February 1, 2012;

        2) illicit drug use;

        3) new law violation on or about July 22, 2012;

        4) failure to notify of law enforcement contact;

      5) failure to attend drug aftercare.

Therefore, the defendant is committed to the Bureau of Prisons for a term of six months to be served consecutive to defendant's state sentence.  Defendant is granted credit for time served in federal custody on the instant violations.  Upon release from incarceration defendant shall serve a one year term of supervised release under the conditions previously imposed.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: November 7, 2012                              *s/   James S. Gwin*
                                                           JAMES S. GWIN
                                                           UNITED STATES DISTRICT JUDGE